# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

129899

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

DERRICK WARDELL MASON,
       Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 129899
COA: 255423
Wayne CC: 03-014153-01

On order of the Court, the application for leave to appeal the September 22, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005

_____
Clerk

p1219